**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
JUDICIAL WATCH, INC.,          )
                               )
        Plaintiff,             )
    v.                         )
                               )   Civ. Action. 01-1530 (EGS)
NATIONAL ENERGY POLICY         )
    DEVELOPMENT GROUP,         )
                               )
        Defendant.             )
_____)
_____
                               )
SIERRA CLUB,                   )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civ. Action 02-631 (EGS)
                               )
VICE PRESIDENT RICHARD         )
    CHENEY, et al.             )
                               )
        Defendants,            )
_____)
```

**ORDER**

In light of pending appellate proceedings, all pending motions in these cases are **DENIED WITHOUT PREJUDICE,** and these cases are hereby administratively removed from the active calendar of the Court.

Upon return of the Mandate to this Court, the cases shall be reinstated on the active calendar of the undersigned judge.

**Signed:   EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE
            September 30, 2003**

Notice to:

Larry Klayman, Esq.
Paul J. Orfanedes, Esq.
JUDICIAL WATCH, INC.
501 School Street, S.W.
Suite 725
Washington, DC 20024
*Counsel for plaintiff Judicial Watch*

Roger M. Adelman, Esq.
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036
*Counsel for plaintiff Sierra Club*

David G. Bookbinder, Esq.
408 C Street, NE
Washington, DC 20002
*Counsel for plaintiff Sierra Club*

Patrick Gallagher, Esq.
Alex Levinson, Esq.
Sierra Club
85 Second Street
San Francisco, CA 94104
*Counsel for plaintiff Sierra Club*

Daniel Edward Bensing, Esq.
David O. Buchholz, Esq.
Anne L. Weismann, Esq.
Thomas Millet, Esq.
Jennifer Paisner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
*Counsel for federal defendants*

Howard M. Crystal, Esq.
MEYER & GLITZENSTEIN
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009
*Counsel for amicus NRDC*

Robert S. Litt, Esq.
ARNOLD & PORTER
555 12th St NW
Washington, DC 20004-1206
*Counsel for defendant Thomas Kuhn*

Paul Christian Rauser, Esq.
WILLIAMS & CONNOLLY
725 12th Street, NW
Washington, DC 20005
*Counsel for defendant Haley Barbour*

Richard D. Horn, Esq.
BRACEWELL & PATTERSON LLP
2000 K St NW
Suite 500
Washington, DC 20006-1872
*Counsel for defendant Mark Racicot*